UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORD MOTOR COMPANY,

          Plaintiff,

v.                                                                                        Case No.: 7:24-cv-01308-CS

DARWISH AUTO GROUP, LLC; DARWISH
GENERAL CORP; WD ADAMS 2, LLC, d/b/a
Wally's Ford of Adams; WD EAST GREEN, LLC,
d/b/a Wally's Ford of East Greenbush; WD NELL 3,
LLC, d/b/a Wally's Ford of Nelliston; WD SENECA,
LLC, d/b/a Wally's Ford of Seneca Falls; WALID
DARWISH,

          Defendants.

---

## [~~PROPOSED~~] ORDER OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41(a)(2), at the request of Plaintiff Ford Motor Company and

Defendants Darwish Auto Group, LLC, Darwish General Corp., WD Adams 2, LLC, WD East

Green, LLC, WD Nell 3, LLC, and WD Seneca, LLC, the Court hereby dismisses this action

without prejudice. Each party shall bear its own costs and its own attorney's fees.

Dated:  April 11 , 2025

**SO ORDERED:**

_Cathy Seibel_
_____
Judge Cathy Seibel, USDC